UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:23-cv-00568

**Joshua Hall,**
*Plaintiff,*

v.

**Synerprise Consulting Services, Inc. et al.,**
*Defendants.*

# ORDER

On February 15, 2024, plaintiff filed a document purporting to be a stipulation of dismissal with prejudice of defendant Trans Union, LLC, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Doc. 20. However, that document was not "signed by all parties who have appeared" and therefore does not comply with the rule. The court construes that document as a motion made under Rule 41(a)(2).

The court finds the terms of dismissal proper. There are no counterclaims or crossclaims that prevent dismissal. Therefore, the court grants the motion. Trans Union, LLC is dismissed from this case with prejudice. As no defendants remain in this suit, the clerk of the court will close this case. All pending motions are denied as moot.

*So ordered by the court on February 29, 2024.*

J. CAMPBELL BARKER
United States District Judge